**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEEANN SPELL** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.**  3:22-cv-1629 |
| | § | |
| **JAMES HATFIELD; DEBRICK** | § | |
| **TRUCK LINE COMPANY; AND D.K.** | § | |
| **CHAPMAN TRANSPORT, LLC.** | § | |
| *Defendants.* | § | |

## INDEX OF STATE COURT FILE

The following is an index identifying each state court documents and the date in which

each document was filed in the 191ST Judicial District Court of Dallas County, Texas:

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| **2** | | State Court File |
| **2a** | 07/26/2022 | Docket Sheet |
| **2b** | 03/12/2021 | Plaintiffs' Original Petition |
| **2c** | 03/12/2021 | Plaintiffs' Demand for Jury |
| **2d** | 03/29/2021 | Original Notice of Removal to Federal Court |
| **2e** | 06/14/2022 | Letter from Federal Court regarding Remand Order |
| **2f** | 06/14/2022 | Federal Civil Docket |
| **2g** | 06/22/2022 | Jury Trial Notice |

# EXHIBIT 2a

# Case Information

DC-21-03279 | LEEANN SPELL vs. JAMES HATFIELD, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-03279 | 191st District Court | SLAUGHTER, GENA |
| File Date | Case Type | Case Status |
| 03/12/2021 | MOTOR VEHICLE ACCIDENT | RE-OPENED |

# Party

PLAINTIFF
SPELL, LEEANN

Address
C/O WITHERITE LAW GROUP, PLLC
10440 N. CENTRAL EXPRESSWAY, SUITE 400
DALLAS TX 75231

Active Attorneys ▾
Lead Attorney
JOBIN, LAUREN V
Retained

DEFENDANT
HATFIELD, JAMES

Address
33680 WEST 82ND STREET
DE SOTO KS 66018

Active Attorneys ▾
Lead Attorney
SARGENT, DAVID LYNN
Retained

DEFENDANT
DEBRICK TRUCK LINE COMPANY

Address
REGISTERED AGENT, ARNOLD DEBRICK
15225 WEST 351ST STREET
PAOLA KS 66071

Active Attorneys ▾
Lead Attorney
SARGENT, DAVID LYNN
Retained

DEFENDANT
BOWMAN SALES AND EQUIPMENT, INC.

Address

REGISTERED AGENT, ADAM DEISEROTH
1401 SOUTH LOOP 12
IRVING TX 75060

## Disposition Events

03/29/2021 Judgment ▾

NOTICE OF REMOVAL TO FEDERAL COURT

Judicial Officer
SLAUGHTER, GENA

Judgment Type
ALL OTHER DISPOSITIONS

Judgment

  Total Judgment: of $0.00

     Awarded To: HATFIELD, JAMES, et al

     Awarded Against: SPELL, LEEANN

## Events and Hearings

03/12/2021 NEW CASE FILED (OCA) - CIVIL

03/12/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

03/12/2021 ISSUE CITATION ▾

ISSUE CITATION - JAMES HATFIELD

ISSUE CITATION - DEBRICK TRUCK LINE COMPANY

ISSUE CITATION - BOWMAN SALES AND EQUIPMENT, INC.

Comment
ESERVE

03/12/2021 JURY DEMAND ▼

JURY DEMAND

03/29/2021 NOTICE OF REMOVAL TO FEDERAL COURT ▼

NOTICE OF REMOVAL TO FEDERAL COURT

03/29/2021 CITATION ▼

**Unserved**

Anticipated Server
ESERVE

Anticipated Method
Comment
JAMES HATFIELD

03/29/2021 CITATION ▼

**Unserved**

Anticipated Server
ESERVE

Anticipated Method
Comment
DEBRICK TRUCK LINE COMPANY

03/29/2021 CITATION ▼

**Unserved**

Anticipated Server
ESERVE

Anticipated Method
Comment
BOWMAN SALES AND EQUIPMENT, INC.

06/14/2022 CORRESPONDENCE - LETTER TO FILE ▼

CORRESPONDENCE - LETTER TO FILE

Comment
LETTER RE ORDER TO REMAND

06/14/2022 MISCELLANOUS EVENT ▼

MISCELLANOUS EVENT

DOCKET SHEET - U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS (DALLAS)

06/14/2022 ORDER - REMAND (POST JUDG MOTION) (OCA and REOPEN CASE) ▾

ORDER - REMAND (POST JUDG MOTION) (OCA and REOPEN CASE)

07/11/2022 RETURNED MAIL ▾

RETURNED MAIL

Comment
NOTICE JURY TRIAL-BOWMAN SALES AND EQUIPMENT, INC.

09/26/2022 Jury Trial - Civil ▾

191st JURY TRIAL LETTER

191st JURY TRIAL LETTER

191st JURY TRIAL LETTER

191st JURY TRIAL LETTER

Judicial Officer
SLAUGHTER, GENA

Hearing Time
9:30 AM

## Financial

SPELL, LEEANN
    Total Financial Assessment                                      $356.00
    Total Payments and Credits                                      $356.00

| 3/15/2021 | Transaction Assessment | | | $356.00 |
| 3/15/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 15473-2021-DCLK | SPELL, LEEANN | ($356.00) |

## Documents

ORIGINAL PETITION

JURY DEMAND

ISSUE CITATION - JAMES HATFIELD

ISSUE CITATION - DEDRICK TRUCK LINE COMPANY

ISSUE CITATION - BOWMAN SALES AND EQUIPMENT, INC.

NOTICE OF REMOVAL TO FEDERAL COURT

CORRESPONDENCE - LETTER TO FILE

MISCELLANOUS EVENT

ORDER - REMAND (POST JUDG MOTION) (OCA and REOPEN CASE)

191st JURY TRIAL LETTER

191st JURY TRIAL LETTER

191st JURY TRIAL LETTER

191st JURY TRIAL LETTER

RETURNED MAIL

# EXHIBIT 2b

FILED
3/12/2021 3:19 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Marcus Turner DEPUTY

3-CIT-ESERVE  Case 3:22-cv-01629-S   Document 1-2   Filed 07/27/22   Page 9 of 71   PageID 21

JURY DEMAND

CAUSE NO. _____

DC-21-03279

| | | |
|---|---|---|
| LEEANN SPELL; | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| JAMES HATFIELD; DEBRICK TRUCK | § | |
| LINE COMPANY; AND BOWMAN | § | |
| SALES AND EQUIPMENT, INC.; | § | |
| | § | |
| **Defendants.** | § | J-191st JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Leeann Spell files Plaintiff's Original Petition complaining of

Defendants James Hatfield, Debrick Truck Line Company, and Bowman Sales

And Equipment, Inc.

### I. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190

of the TEXAS RULES OF CIVIL PROCEDURE.

### II. RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's

counsel states that the damages sought are in an amount within the

jurisdictional limits of this Court.  As required by Rule 47(c), Texas Rules of Civil

Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over

$250,000 but not more than $1,000,000.  The amount of monetary relief actually

awarded, however, will ultimately be determined by a jury.  Plaintiff also seeks

pre-judgment and post-judgment interest at the highest legal rate.

## III. PARTIES

Plaintiff Leeann Spell is an individual resident of Dallas, Dallas County, Texas. Her driver's license number is *****795 and her social security number is ***-**-*305.

Defendant James Hatfield is an individual resident of De Soto, Johnson County, Kansas and may be served with process at 33680 West 82nd Street, De Soto, Kansas 66018.

Defendant Debrick Truck Line Company is a corporation doing business in Paola, Miami County, Kansas and may be served with process by serving its registered agent, Arnold Debrick, at 15225 West 351st Street, Paola, Kansas 66071.

Defendant Bowman Sales and Equipment, Inc. is a corporation doing business in Irving, Dallas County, Texas and may be served with process by serving its registered agent, Adam Deiseroth, at 1401 S Loop 12, Irving, Texas 75060

## IV. JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident complained of herein occurred in Dallas County, Texas. Venue therefore is proper in Dallas County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.

## V.  FACTS

This lawsuit arises out of a motor vehicle collision that occurred on or about Monday, January 4, 2021 at or near the intersection of South Walton Walker Boulevard and Duncanville Road within the city limits of Dallas, Dallas County, Texas.  Plaintiff Leeann Spell was operating her vehicle northbound on Duncanville Road turning left onto South Walton Walker Boulevard in the left turn lane.  Defendant James Hatfield, while in the course and scope of his employment with, and operating under the Federal Motor Carrier authority of Defendant Debrick Truck Line Company, was operating his 18-wheeler northbound on Duncanville Road turning left onto South Walton Walker Boulevard in the right turn lane.  Defendant James Hatfield failed to drive in a single lane while turning and collided hard with the passenger's side of Plaintiff's vehicle.  As a result of the collision, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VI. CAUSES OF ACTION

## A.    NEGLIGENCE – DEFENDANT JAMES HATFIELD

At the time of the motor vehicle collision, Defendant James Hatfield was operating  18-wheeler negligently. Specifically, Defendant had a duty to exercise ordinary care and operate  18-wheeler reasonably and prudently.  Defendant breached that duty in one or more of the following respects:

1.    Defendant did not keep such proper lookout and attention to the roadway as a person or ordinary prudence would have kept under the same or similar circumstances;

2.    Defendant changed lanes when such movement could not be made safely in violation of TEX. TRANSP. CODE §545.060;

3.    Defendant did not drive in a single lane;

4.    Defendant did not keep an assured safe distance from Plaintiff's vehicle;

5.    Defendant did not timely apply the brakes of 18-wheeler in order to avoid the collision in question; and

6.    Defendant was operating said 18-wheeler at a greater rate of speed than a person of ordinary care and prudence would have done under the same or similar circumstances in violation of TEX. TRANSP. CODE §545.351.

**B.    NEGLIGENT ENTRUSTMENT – DEFENDANTS DEBRICK TRUCK LINE COMPANY AND BOWMAN SALES AND EQUIPMENT, INC.**

As an additional cause of action, Plaintiff would show that at the time and on the occasion in question, Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. were the owners of the vehicle driven by Defendant James Hatfield.  Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. entrusted the vehicle to Defendant James Hatfield. Defendant James Hatfield was unlicensed, incompetent, and/or reckless and Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. knew or should have known that Defendant James Hatfield was unlicensed, incompetent, and/or reckless.  Defendant James Hatfield's negligence on the occasion in question proximately caused the collision.

**C.    RESPONDEAT SUPERIOR – DEFENDANTS DEBRICK TRUCK LINE COMPANY AND BOWMAN SALES AND EQUIPMENT, INC.**

Additionally, Plaintiff would show that at the time and on the occasion complained of, Defendant James Hatfield was in the course and scope of

employment with Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. thereby making Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. liable under the doctrine of *Respondeat Superior*.

## D.   NEGLIGENCE – DEFENDANTS DEBRICK TRUCK LINE COMPANY AND BOWMAN SALES AND EQUIPMENT, INC.

Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. negligently hired and retained Defendant James Hatfield.  Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. failed to properly qualify, train, and/or supervise Defendant James Hatfield in order to prevent such collision.

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiff.

## VII. DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

a.    Medical expenses in the past and future;

b.    Lost wages in the past and loss of earning capacity in the future;

c.    Property damage and loss of use of Plaintiff's vehicle;

d.    Physical pain and suffering in the past and future;

e.    Mental anguish in the past and future; and

f.      Physical impairment in the past and future.

## VIII.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per TRCP 193.7.

## IX.  JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## X. U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

## XI. RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein, and that upon final hearing thereof, Plaintiff recover judgment against Defendants for:

1.      Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

2.      Plaintiff's future medical expenses;

3.      Plaintiff's lost wages in the past and loss of earning capacity in the future;

4.      Plaintiff's property damage and loss of use of Plaintiff's vehicle;

5.      Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

6.      Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;

7.      Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;

8.      Interest on the judgment at the legal rate from the date of judgment;

9.      Pre-judgment interest on Plaintiff's damages as allowed by law;

10.     All costs of court; and

11.     Such other and further relief to which Plaintiff may be justly entitled.


Respectfully submitted,

**WITHERITE LAW GROUP, PLLC**

BY: */s/ Lauren Jobin*
    **LAUREN JOBIN**
    State Bar No. 24081263
    lauren.jobin@witheritelaw.com
    **SHELLY GRECO**
    State Bar No. 24008168
    shelly.greco@witheritelaw.com
    10440 N. Central Expressway
    Suite 400
    Dallas, TX 75231-2228
    214/378-6665
    214/378-6670 (fax)

    **ATTORNEYS FOR PLAINTIFF**

# EXHIBIT 2c

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-21-03279

LEEANN SPELL

vs.

JAMES HATFIELD, et al

191st District Court

## **ENTER DEMAND FOR JURY**

JURY FEE PAID BY: LEEANN SPELL

FEE PAID: 40

600 COMMERCE STREET DALLAS, TEXAS  75202 (214) 653-7261
FAX (214)653-7781 E-mail: Felicia.Pitre@dallascounty.org
Web site: http://www.dallascounty.org/distclerk/index.html

# EXHIBIT 2d

FILED
3/29/2021 4:21 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Jeremy Jones DEPUTY

Case 3:22-cv-01629-S   Document 1-2   Filed 07/27/22   Page 19 of 71   PageID 31

CAUSE NO. DC-21-03279

| | | |
|---|---|---|
| **LEEANN SPELL** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **DALLAS COUNTY, TEXAS** |
| | § | |
| **JAMES HATFIELD; DEBRICK** | § | |
| **TRUCK LINE COMPANY; AND** | § | |
| **BOWMAN SALES AND EQUIPMENT,** | § | |
| **INC.** | § | |
| *Defendants.* | § | **191ST JUDICIAL DISTRICT** |

## NOTICE OF REMOVAL TO FEDERAL COURT

**TO THE HONORABLE JUDGE OF THIS COURT:**

Please take notice of the civil action, brought on March 12, 2021, in the 191st Judicial

District Court, Dallas County, Texas, entitled as *Leeann Spell v. James Hatfield, Debrick Truck*

*Line Company, and Bowman Sales and Equipment, Inc.;* Cause No. DC-21-03279, that Defendants

James Hatfield and Debrick Truck Line Company have, pursuant to federal law, filed with the

clerk of the United States Court for the Northern District of Texas, Dallas Division, a Notice of

Removal, a copy of which is attached and filed with this document, and that this action is removed

to the United States District Court for trial as of the day of its filing, March 29, 2021.  This Court

is respectfully requested to proceed no further in this action, unless and until such time as the action

may be remanded by order of the United States District Court.

Respectfully submitted,


By:     /s/ David L. Sargent
        **DAVID L. SARGENT**
        State Bar No. 17648700
        david.sargent@sargentlawtx.com
        **GERARDO E. ALCANTARA**
        State Bar No. 24109569
        jerry.alcantara@sargentlawtx.com

        **SARGENT LAW, P.C.**
        1717 Main Street, Suite 4750
        Dallas, Texas 75201-7346
        Telephone: (214) 749-6000
        Facsimile: (214) 749-6100

        **COUNSEL FOR DEFENDANTS**
        **JAMES HATFIELD AND DEBRICK**
        **TRUCK LINE COMPANY**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29TH day of March 2021, a true and correct copy of the above

and foregoing instrument was forwarded to the following counsel via certified mail return receipt

requested:

        Lauren Jobin
        Shelly Greco
        Witherite Law Group, PLLC
        10440 N. Central Expressway, Suite 400
        Dallas, Texas 75231-2228


                    /s/ David L. Sargent
                    **DAVID L. SARGENT**

# ATTACHMENT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| LEEANN SPELL | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** 3:21-cv-00719 |
| | § | |
| JAMES HATFIELD; DEBRICK | § | |
| TRUCK LINE COMPANY; AND | § | |
| BOWMAN SALES AND EQUIPMENT, | § | |
| INC. | § | |
| *Defendants.* | § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:**

**COME NOW,** Defendants James Hatfield and Debrick Truck Line Company, and hereby petition this Court pursuant to 28 U.S.C. §§ 1332, 1441 (b), and 1446 for removal on the basis of diversity jurisdiction to the United States District Court for the Northern District of Texas, Dallas Division, of the action numbered and styled *Leeann Spell v. James Hatfield; Debrick Truck Line Company; and Bowman Sales and Equipment, Inc.,* Cause No. DC-21-03279, in the 191st Judicial District Court of Dallas County, Texas, (hereinafter the "State Court Case"), and in support thereof would respectfully show this Court as follows:

## I.
## REMOVAL IS TIMELY

1.      Defendants James Hatfield and Debrick Truck Line Company were served with *Plaintiffs' Original Petition* ("Petition") on March 17, 2021.  This Notice of Removal is filed within thirty (30) days of service of the Petition and is timely filed under 28 U.S.C. § 1446(b).

Defendants James Hatfield and Debrick Truck Line Company seek to remove the matter and are therefore the Removing Defendants.

## II.
## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

2.      The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties. Defendants assert that Bowman Sales and Equipment, Inc. was impermissibly joined—through mistake or fraud—and this improper joinder does not destroy federal court's jurisdiction over this matter as the proper parties are diverse in citizenship. Plaintiffs in this action are citizens of a different state from the Defendants, and no Defendant is a citizen of Texas.  Complete diversity exists.

3.      Plaintiff Leeann Spell was a citizen of Dallas County, Texas at the time this action was filed. Consequently, Plaintiff Leeann Spell was at the time this action was commenced, and is currently, a citizen of the State of Texas and no other state.

4.      Defendant James Hatfield was a citizen of Johnson County, Kansas at the time this action was filed. Consequently, Defendant James Hatfield was at the time this action was commenced, and is currently, a citizen of the State of Kansas and no other state.

5.      Defendant Debrick Truck Line Company is incorporated in the State of Kansas with its principal place of business now and at the time the action was commenced, in Paola, Miami County, Kansas.  Therefore, Defendant Debrick Truck Line Company was at the time this action was commenced, and is currently, a citizen of the State of Kansas and no other state.

6.      Defendant Bowman Sales and Equipment, Inc. is a Texas corporation that has been fraudulently or mistakenly joined to destroy diversity of citizenship.  On Page 3, Section V of *Plaintiff's Original Petition*, Plaintiff alleges that Defendant James Hatfield was the operator of an 18-wheeler [tractor-trailer] while under the course and scope of his employment with Defendant

Debrick Truck Line Company. Then on page 4, Section B of *Plaintiff's Original Petition*, Plaintiff either fraudulently or mistakenly alleges and refers to Defendant as "Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc." Defendant Bowman Sales and Equipment, Inc. is a separate entity. Plaintiff has either mistakenly or fraudulently sued Defendant Bowman Sales and Equipment, Inc., and joined as a party in order to destroy diversity of citizenship.[1]

7.      The joinder of Bowman Sales and Equipment, Inc. is fraudulent as there is no real connection in the subject matter of Plaintiffs' claims against Defendants James Hatfield and Debrick Truck Line Company.

8.      There is no possibility that Plaintiffs will be able to establish a cause of action against Bowman Sales and Equipment, Inc., as it is an improper party, not connected to the incident that gave rise to this lawsuit. Defendant Bowman Sales and Equipment, Inc., is an improper party and as such its citizenship is irrelevant and should be disregarded. *See Tedder v. F.M.C. Corp.*, 590 F.2d 115, 117 (5th Cir. 1979) (stating that if the claim against a local defendant is deemed fraudulent, lack of diversity will not prevent removal). Therefore, complete diversity exists.

## III.
## SNAP REMOVAL PURSUANT TO 28 U.S.C. 1441(b)(2)

9.      Alternatively, district courts of the United States also have original jurisdiction over this action based on diversity of citizenship among the parties when an out-of-state defendant removes a state court case to federal court before an in-state Defendant is properly joined and served pursuant to the plain language in 28 U.S.C. § 1441(b)(2).

---

[1] Federal Courts use a myriad of tests to determine if diversity jurisdiction exists when claims of fraudulent joinder are alleged. The most widely used is the "No Possibility Test" requiring the removing party to show "either that there is no possibility that the plaintiff would be able to establish a cause of action against the in-state defendant in state court[,] or that there has been outright fraud in the plaintiff's pleadings of jurisdictional facts." *B., Inc. v. Miller Brewing Co.*, 663 F.2d 545, 549 (5th Cir. 1981).

10.     The U.S. Court of Appeals for the Fifth Circuit has affirmed the use of "snap removal" by an out-of-state defendant to remove a state court case to federal court before service is effectuated on in-state defendants.  Normally, under the *local defendant* rule, removal to federal court is not permitted where a defendant is a citizen of the forum state. Relying on the plain language of 28 U.S.C. § 1441(b)(2), which limits the forum defendant rule to parties "properly joined and served," the U.S. Court of Appeals for the Fifth Circuit in *Texas Brine Company, L.L.C. v. American Arbitration Association, Inc*., (5th Cir. Apr. 7, 2020), held that an out-of-state defendant served with process can immediately remove to federal court before in-state defendants are served.  In *Texas Brine*, the Fifth Circuit eliminated all doubt when it expressly held that as long as all other prerequisites to removal are met, a non-forum defendant may remove a case so long as the forum defendant is not yet "properly joined and served" at the time of removal. *Id.*

11.     Therefore, in the present case, Defendant Bowman Sales and Equipment, Inc. has not yet been "properly joined and served," and therefore Defendants James Hatfield and Debrick Truck Line Company may remove the case to federal court since all other prerequisites for removal have been met.

## IV.
## AMOUNT IN CONTROVERSY

12.     In addition to complete diversity of citizenship, the complaint must meet this Court's $75,000.00 jurisdictional threshold. 28 U.S.C. § 1446(C)(2)(A).  The method for properly asserting the amount in controversy are outlined in section 1446 of the United States Code. 28 U.S.C § 1446.  First, the Notice of Removal may assert the amount in controversy, if the initial pleadings were not required to include a specific monetary demand or permit damages in excess of the pleadings. *Id.* § 1446(C)(2)(A).  Second, removal is proper upon showing by the preponderance of the evidence that the amount in controversy exceeds this Courts $75,000.00

threshold. *Id.* § 1446(C)(2)(B). Further, parties may rely on an estimation of damages calculated from the allegations in the complaint to prove the amount in controversy. *McPhail v. Deere & Co.*, 529 F.3d 947, 951 (10th Cir. 2008); *Meridian Sec. Ins. v. Sadowski,* 441 F.3d 536, 541 (7th Cir. 2006); *Luckett v. Delta Airlines, Inc.,* 171 F.3d 295, 298 (5th Cir. 1999). Once a defendant satisfies its burden, any plaintiff wanting to remand the cause to back to state court must prove to a legal certainty that, if successful, it would not be able to recover more than the jurisdictional amount. *See McPhail,* 529 F.3d at 955.

13.    A review of the Plaintiffs' Original Petition in the instant case clearly shows that the alleged damages easily exceed $75,000.00. *Plaintiffs' Original Petition* alleges that "Plaintiff seeks monetary relief of over $250,000.00, but not more than $1,000,000.00." (Pls. Orig. Pet., pg. 1, ¶ 2). Plaintiff claims the following damages: physical pain and suffering in the past and future; mental anguish in the past and future; physical impairment in the past and future; property damage and loss of use of Plaintiff's vehicle; lost wages in the past and loss of earning capacity in the future; and medical expenses in the past and future. (Pls. Orig. Pet., pg. 5, ¶ 7). Based on Plaintiffs' claimed damages, it is clear that Defendants will be subjected to exposure beyond the $75,000.00 jurisdictional threshold of this Court. Plaintiff has therefore affirmatively pled monetary relief sought over $250,000.00. (Pls. Orig. Pet., pg. 1, ¶ 2).

14.    Defendants assert that the amount in controversy in this matter exceeds the $75,000.00 threshold exclusive of interests and costs. *See* 28 U.S.C. § 1332(a). As plead the amount in controversy in this case is in excess of $250,000.00. (Pls. Orig. Pet., pg. 1, ¶ 2).

# V.
## PROCEDURAL REQUIREMENTS

15.     Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because Plaintiff Leeann Spell and Defendants James Hatfield and Debrick Truck Line Company are diverse in citizenship.

16.     Defendant Bowman Sales and Equipment, Inc., has not been properly joined and served as of the date of filing this Removal, therefore the Removing Defendants do not have to seek that entities consent or joinder. 28 U.S.C. § 1446(b)(2)(A).  Defendant Bowman Sales and Equipment, Inc., was fraudulently or mistakenly joined to destroy diversity and its consent is not required. *See Jernigan v. Ashland Oil, Inc.*, 989 F.2d 812, 815 (5th Cir.1993); *see also Rico v. Flores*, 481 F.3d 234, 239 (5th Cir.2007).  Alternatively, should this Court conclude that Defendant Bowman Sales and Equipment, Inc. was not fraudulently or mistakenly joined to destroy diversity, then removal is still appropriate under the plain language of 28 U.S.C. § 1441(b)(2), which limits the forum defendant rule to parties "properly joined and served," the U.S. Court of Appeals for the Fifth Circuit in *Texas Brine Company, L.L.C. v. American Arbitration Association, Inc.*, (5th Cir. Apr. 7, 2020).

17.     By virtue of filing this Notice of Removal, the Removing Defendants do not waive their right to assert any motions to transfer venue or dismiss, including any F.R.C.P. Rule 12 motions, permitted by the applicable Federal Rules of Civil Procedure.

18.     All of the papers on file in the State Court case at the time of removal are attached hereto as Exhibit 2.  Those papers include copies of the Court's Docket Sheet and Plaintiffs' Original Petition.

19.    Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

20.    Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the Court Clerk of the 191st Judicial District Court of Dallas County, Texas promptly after the filing of this Notice.

## VI.
## PRAYER FOR RELIEF

**WHEREFORE**, James Hatfield and Debrick Truck Line Company, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, remove this action for trial from the 191st Judicial District Court of Dallas County, Texas to this Court, on the 29TH day of March, 2021.

Respectfully submitted,

By:    /s/ David L. Sargent
       **DAVID L. SARGENT**
       State Bar No. 17648700
       david.sargent@sargentlawtx.com
       **GERARDO E. ALCANTARA**
       State Bar No. 24109569
       jerry.alcantara@sargentlawtx.com

**SARGENT LAW, P.C.**
1717 Main Street, Suite 4750
Dallas, Texas 75201-7346
Telephone: (214) 749-6000
Facsimile: (214) 749-6100

**ATTORNEYS FOR DEFENDANTS
JAMES HATFIELD AND DEBRICK
TRUCK LINE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29TH day of March 2021, a true and correct copy of the above and foregoing instrument was forwarded to the following counsel via certified mail return receipt requested:

Lauren Jobin
Shelly Greco
WITHERITE LAW GROUP, PLLC
10440 N. Central Expressway, Suite 400
Dallas, Texas 75231-2228

/s/ David L. Sargent
**DAVID L. SARGENT**

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEEANN SPELL** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** 3:21-cv-00719 |
| | § | |
| **JAMES HATFIELD; DEBRICK** | § | |
| **TRUCK LINE COMPANY; AND** | § | |
| **BOWMAN SALES AND EQUIPMENT,** | § | |
| **INC.** | § | |
| *Defendants.* | § | |

## INDEX OF MATTERS BEING FILED

Pursuant to the Rules of the United States District Court for the Northern District of Texas, the following is an index of matters being filed in this case:

1.   Notice of Removal;

2.   Index of Matters Being Filed (Exhibit 1);

3.   Index of State Court File (Exhibit 2);

4.   Certificate of Interested Persons and Local Rule CV-81 Information (Exhibit 3);

5.   Defendant Debrick Truck Line Company's Corporate Disclosure Statement (Exhibit 4);

6.   Federal Civil Cover Sheet (Exhibit 5); and

7.   Supplemental Civil Cover Sheet (Exhibit 6).

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LEEANN SPELL** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.**   3:21-cv-00719 |
| | § | |
| **JAMES HATFIELD; DEBRICK** | § | |
| **TRUCK LINE COMPANY; AND** | § | |
| **BOWMAN SALES AND EQUIPMENT,** | § | |
| **INC.** | § | |
| *Defendants.* | § | |

<u>**INDEX OF STATE COURT FILE**</u>

The following is an index identifying each state court documents and the date in which

each document was filed in the 191ST Judicial District Court of Dallas County, Texas:

| EXHIBIT | DATE | DOCUMENT |
|---|---|---|
| **2** | | State Court File |
| **2a** | 03/24/2021 | Docket Sheet |
| **2b** | 03/12/2021 | Plaintiffs' Original Petition |
| **2c** | 03/12/2021 | Plaintiffs' Demand for Jury |

# EXHIBIT 2a

## Case Information

DC-21-03279 | LEEANN SPELL vs. JAMES HATFIELD, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-21-03279 | 191st District Court | SLAUGHTER, GENA |
| File Date | Case Type | Case Status |
| 03/12/2021 | MOTOR VEHICLE ACCIDENT | OPEN |

## Party

PLAINTIFF
SPELL, LEEANN

Address
C/O WITHERITE LAW GROUP, PLLC
10440 N. CENTRAL EXPRESSWAY, SUITE 400
DALLAS TX 75231

Active Attorneys ▾
Lead Attorney
JOBIN, LAUREN V
Retained

DEFENDANT
HATFIELD, JAMES

Address
33680 WEST 82ND STREET
DE SOTO KS 66018

DEFENDANT
DEBRICK TRUCK LINE COMPANY

Address
REGISTERED AGENT, ARNOLD DEBRICK
15225 WEST 351ST STREET
PAOLA KS 66071

DEFENDANT
BOWMAN SALES AND EQUIPMENT, INC.

Address

REGISTERED AGENT, ADAM DEISEROTH
1401 SO...
IRVING TX 75060

## Events and Hearings

| | |
|---|---|
| 03/12/2021 NEW CASE FILED (OCA) - CIVIL | |

03/12/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

03/12/2021 ISSUE CITATION ▾

Comment
ESERVE

03/12/2021 JURY DEMAND ▾

JURY DEMAND

## Financial

SPELL, LEEANN

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $356.00 |
| Total Payments and Credits | | | | $356.00 |

| 3/15/2021 | Transaction Assessment | | | $356.00 |
|---|---|---|---|---|
| 3/15/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 15473-2021-DCLK | SPELL, LEEANN | ($356.00) |

**Documents**

ORIGINAL PETITION

JURY DEMAND

# EXHIBIT 2b

FILED
3/12/2021 3:19 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Marcus Turner DEPUTY

JURY DEMAND

DC-21-03279

CAUSE NO. _____

| | | |
|---|---|---|
| LEEANN SPELL; | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| JAMES HATFIELD; DEBRICK TRUCK | § | |
| LINE COMPANY; AND BOWMAN | § | |
| SALES AND EQUIPMENT, INC.; | § | |
| | § | |
| **Defendants.** | § | J-191st JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Leeann Spell files Plaintiff's Original Petition complaining of

Defendants James Hatfield, Debrick Truck Line Company, and Bowman Sales

And Equipment, Inc.

### I. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190

of the TEXAS RULES OF CIVIL PROCEDURE.

### II. RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's

counsel states that the damages sought are in an amount within the

jurisdictional limits of this Court. As required by Rule 47(c), Texas Rules of Civil

Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over

$250,000 but not more than $1,000,000. The amount of monetary relief actually

awarded, however, will ultimately be determined by a jury. Plaintiff also seeks

pre-judgment and post-judgment interest at the highest legal rate.

## III. PARTIES

Plaintiff Leeann Spell is an individual resident of Dallas, Dallas County, Texas. Her driver's license number is *****795 and her social security number is ***-**-*305.

Defendant James Hatfield is an individual resident of De Soto, Johnson County, Kansas and may be served with process at 33680 West 82nd Street, De Soto, Kansas 66018.

Defendant Debrick Truck Line Company is a corporation doing business in Paola, Miami County, Kansas and may be served with process by serving its registered agent, Arnold Debrick, at 15225 West 351st Street, Paola, Kansas 66071.

Defendant Bowman Sales and Equipment, Inc. is a corporation doing business in Irving, Dallas County, Texas and may be served with process by serving its registered agent, Adam Deiseroth, at 1401 S Loop 12, Irving, Texas 75060

## IV. JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident complained of herein occurred in Dallas County, Texas. Venue therefore is proper in Dallas County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES CODE §15.002.

## V.  FACTS

This lawsuit arises out of a motor vehicle collision that occurred on or about Monday, January 4, 2021 at or near the intersection of South Walton Walker Boulevard and Duncanville Road within the city limits of Dallas, Dallas County, Texas.  Plaintiff Leeann Spell was operating her vehicle northbound on Duncanville Road turning left onto South Walton Walker Boulevard in the left turn lane.  Defendant James Hatfield, while in the course and scope of his employment with, and operating under the Federal Motor Carrier authority of Defendant Debrick Truck Line Company, was operating his 18-wheeler northbound on Duncanville Road turning left onto South Walton Walker Boulevard in the right turn lane.  Defendant James Hatfield failed to drive in a single lane while turning and collided hard with the passenger's side of Plaintiff's vehicle.  As a result of the collision, Plaintiff was injured and continues to suffer injuries and damages from this incident.

## VI. CAUSES OF ACTION

## A.      NEGLIGENCE – DEFENDANT JAMES HATFIELD

At the time of the motor vehicle collision, Defendant James Hatfield was operating  18-wheeler negligently. Specifically, Defendant had a duty to exercise ordinary care and operate  18-wheeler reasonably and prudently.  Defendant breached that duty in one or more of the following respects:

   1.    Defendant did not keep such proper lookout and attention to the roadway as a person or ordinary prudence would have kept under the same or similar circumstances;

2.    Defendant changed lanes when such movement could not be made
safely in violation of TEX. TRANSP. CODE §545.060;

3.    Defendant did not drive in a single lane;

4.    Defendant did not keep an assured safe distance from Plaintiff's
vehicle;

5.    Defendant did not timely apply the brakes of  18-wheeler in order to
avoid the collision in question; and

6.    Defendant was operating said 18-wheeler at a greater rate of speed
than a person of ordinary care and prudence would have done
under the same or similar circumstances in violation of TEX.
TRANSP. CODE §545.351.

**B.    NEGLIGENT ENTRUSTMENT – DEFENDANTS DEBRICK TRUCK LINE
COMPANY AND BOWMAN SALES AND EQUIPMENT, INC.**

As an additional cause of action, Plaintiff would show that at the time and

on the occasion in question, Defendants Debrick Truck Line Company Bowman

Sales and Equipment, Inc. were the owners of the vehicle driven by Defendant

James Hatfield.  Defendants Debrick Truck Line Company Bowman Sales and

Equipment, Inc. entrusted the vehicle to Defendant James Hatfield. Defendant

James Hatfield was unlicensed, incompetent, and/or reckless and Defendants

Debrick Truck Line Company Bowman Sales and Equipment, Inc. knew or

should have known that Defendant James Hatfield was unlicensed, incompetent,

and/or reckless.  Defendant James Hatfield's negligence on the occasion in

question proximately caused the collision.

**C.    RESPONDEAT SUPERIOR – DEFENDANTS DEBRICK TRUCK LINE
COMPANY AND BOWMAN SALES AND EQUIPMENT, INC.**

Additionally, Plaintiff would show that at the time and on the occasion

complained of, Defendant James Hatfield was in the course and scope of

employment with Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. thereby making Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. liable under the doctrine of *Respondeat Superior*.

**D.      NEGLIGENCE – DEFENDANTS DEBRICK TRUCK LINE COMPANY AND BOWMAN SALES AND EQUIPMENT, INC.**

Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. negligently hired and retained Defendant James Hatfield.  Defendants Debrick Truck Line Company Bowman Sales and Equipment, Inc. failed to properly qualify, train, and/or supervise Defendant James Hatfield in order to prevent such collision.

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiff.

## VII. DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

a.      Medical expenses in the past and future;

b.      Lost wages in the past and loss of earning capacity in the future;

c.      Property damage and loss of use of Plaintiff's vehicle;

d.      Physical pain and suffering in the past and future;

e.      Mental anguish in the past and future; and

f.    Physical impairment in the past and future.

## VIII.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per TRCP 193.7.

## IX.  JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## X. U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

## XI. RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein, and that upon final hearing thereof, Plaintiff recover judgment against Defendants for:

1.    Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

2.    Plaintiff's future medical expenses;

3.    Plaintiff's lost wages in the past and loss of earning capacity in the future;

4.    Plaintiff's property damage and loss of use of Plaintiff's vehicle;

5.    Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

6.    Plaintiff's mental anguish in the past and future in an amount to be determined by the jury;

7.    Plaintiff's physical impairment in the past and future in an amount to be determined by the jury;

8.    Interest on the judgment at the legal rate from the date of judgment;

9.    Pre-judgment interest on Plaintiff's damages as allowed by law;

10.   All costs of court; and

11.   Such other and further relief to which Plaintiff may be justly entitled.


                              Respectfully submitted,

                              **WITHERITE LAW GROUP, PLLC**

                        BY: */s/ Lauren Jobin*
                              **LAUREN JOBIN**
                              State Bar No. 24081263
                              lauren.jobin@witheritelaw.com
                              **SHELLY GRECO**
                              State Bar No. 24008168
                              shelly.greco@witheritelaw.com
                              10440 N. Central Expressway
                              Suite 400
                              Dallas, TX 75231-2228
                              214/378-6665
                              214/378-6670 (fax)

                              **ATTORNEYS FOR PLAINTIFF**

# EXHIBIT 2c

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-21-03279

LEEANN SPELL

vs.

JAMES HATFIELD, et al

191st District Court

## <u>ENTER DEMAND FOR JURY</u>

JURY FEE PAID BY: LEEANN SPELL

FEE PAID: 40

# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **LEEANN SPELL** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** 3:21-cv-00719 |
| | § | |
| **JAMES HATFIELD; DEBRICK** | § | |
| **TRUCK LINE COMPANY; AND** | § | |
| **BOWMAN SALES AND EQUIPMENT,** | § | |
| **INC.** | § | |
| *Defendants.* | § | |

## DEFENDANTS JAMES HATFIELD AND DEBRICK TRUCK LINE COMPANY'S CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:**

**COME NOW,** Defendants James Hatfield and Debrick Truck Line Company, and pursuant to Federal Rules of Civil Procedure and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(4)(D), and 81.2, list all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1.  Leeann Spell
    by and through her attorneys of record:
    Lauren Jobin
    Shelly Greco
    Witherite Law Group, PLLC
    10440 N. Central Expressway
    Suite 400
    Dallas, Texas 75231-2228

2.      James Hatfield
        by and through his attorneys of record:
        David L. Sargent
        Gerardo E. Alcantara
        SARGENT LAW, P.C.
        1717 Main Street, Suite 4750
        Dallas, Texas 75201-7346

3.      Debrick Truck Line Company
        by and through its attorneys of record:
        David L. Sargent
        Gerardo E. Alcantara
        SARGENT LAW, P.C.
        1717 Main Street, Suite 4750
        Dallas, Texas 75201-7346

4.      Bowman Sales and Equipment, Inc.
        Registered Agent: Adam Deiseroth
        1401 S Loop 12
        Irving, Texas 75060


                        Respectfully submitted,


                        By:     /s/ David L. Sargent
                                **DAVID L. SARGENT**
                                State Bar No. 17648700
                                david.sargent@sargentlawtx.com
                                **GERARDO E. ALCANTARA**
                                State Bar No. 24109569
                                jerry.alcantara@sargentlawtx.com

                        **SARGENT LAW, P.C.**
                        1717 Main Street, Suite 4750
                        Dallas, Texas 75201-7346
                        Telephone: (214) 749-6000
                        Facsimile: (214) 749-6100

                        **ATTORNEYS FOR DEFENDANTS
                        JAMES HATFIELD AND DEBRICK
                        TRUCK LINE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29TH day of March 2021, a true and correct copy of the above

and foregoing instrument was forwarded to the following counsel via certified mail return receipt

requested:

Lauren Jobin
Shelly Greco
Witherite Law Group, PLLC
10440 N. Central Expressway, Suite 400
Dallas, Texas 75231-2228

/s/ *David L. Sargent*
**DAVID L. SARGENT**

# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEEANN SPELL** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** 3:21-cv-00719 |
| | § | |
| **JAMES HATFIELD; DEBRICK** | § | |
| **TRUCK LINE COMPANY; AND** | § | |
| **BOWMAN SALES AND EQUIPMENT,** | § | |
| **INC.** | § | |
| *Defendants.* | § | |

**DEFENDANT DEBRICK TRUCK LINE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Debrick Truck Line Company hereby provides the following information.

**I.**
**DISCLOSURES**

1.  Defendant Debrick Truck Line Company does not have a parent corporation.

2.  Defendant Debrick Truck Line Company avers that no publicly held corporation owns 10% or more of its stock.

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS

Leeann Spell

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Dallas County, Texas

(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

James Hatfield; Debrick Truck Line Company and Bowman Sales and Equipment, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Johnson County, Kansas
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Lauren Jobin
Shelly Greco
Witherite Law Group, PLLC
10440 N. Central Expressway
Suite 400
Dallas, Texas 75231-2228
(214) 378-6665 (telephone)
(214) 378-6670 (fax)

ATTORNEYS *IF KNOWN*

David L. Sargent
Gerardo E. Alcantara
SARGENT LAW, P.C.
1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6516

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE "X" IN ONE BOX FOR PLAINTIFF
AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury -- Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury -- Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☒ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 365 Property Damage Product Liability | | | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contracts | ☐ 360 Other Personal Injury | | | | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | **LABOR** | **SOCIAL SECURITY** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 710 Fair Labor Standards Act | ☐ 861 hia (1395FF) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 900 Appeal of Free Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 745 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of States Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Peanily | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 890 Other Staturoty Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 555 Prison Condition | | ☐ 871 IRS – Third Party 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

This action arises from a motor vehicle accident, and is removed to this court based on diversity of citizenship pursuant to USC §§1332, 1441 (b) and 1446.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND
over $ 250,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND  ☒ YES   ☐NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE

DOCKET NUMBER

DATE  03/29/21

SIGNATURE OF ATTORNEY OF RECORD  *David Sargent*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Case 3:22-cv-01629-S   Document 1-5   Filed 03/29/21   Page 2 of 2   PageID 34

# EXHIBIT 6

# Supplemental Civil Cover Sheet for Cases Removed
# From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

**State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 191st Judicial District Court, Dallas County, Texas | DC-21-03279 |

**2.     Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaim(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named, and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| Party | Party Type | Attorney(s) |
|---|---|---|
| Leeann Spell | Plaintiff | Lauren Jobin<br>State Bar No. 24081263<br>Shelly Greco<br>State Bar No. 24008168<br>Witherite Law Group, PLLC<br>10440 N. Central Expressway<br>Suite 400<br>Dallas, Texas 75231-2228<br>(214) 378-6665 (telephone)<br>(214) 378-6670 (fax) |
| James Hatfield | Defendant | David L. Sargent<br>State Bar No.: 17648700<br>Gerardo E. Alcantara<br>State Bar. No.: 24109569<br>SARGENT LAW, P.C.<br>1717 Main Street, Suite 4750<br>Dallas, Texas 75201-7346<br>(214) 749-6516 (Telephone)<br>(214) 749-6316 (Facsimile) |

| Debrick Truck Line Company | Defendant | David L. Sargent<br>State Bar No.: 17648700<br>Gerardo E. Alcantara<br>State Bar No.: 24109569<br>SARGENT LAW, P.C.<br>1717 Main Street, Suite 4750<br>Dallas, Texas 75201-7346<br>(214) 749-6516 (Telephone)<br>(214) 749-6316 (Facsimile) |
| Bowman Sales and Equipment, Inc. | Defendant | N/A<br>Registered Agent: Adam Deiseroth<br>1401 S Loop 12<br>Irving, Texas 75060 |

3.     **Jury Demand:**

Was Jury Demand made in State Court?          ☑ Yes          No

        If "*Yes*," by which party and on what date?

        Plaintiff_____          _____03/12/2021_____
        Party                                              Date

4.     **Answer:**

Was an Answer made in State Court?          ☐ Yes          ☑ No

        If "*Yes*," by which party and on what date?

        _____          _____
        Party                                              Date

5.     **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| Bowman Sales and Equipment, Inc. | Unknown |
|  |  |
|  |  |
|  |  |

6.      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the state court papers and the reason for that change:

| Party | Reason |
|---|---|
| *None* | *None* |

7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Leeann Spell | Plaintiff brings claims of negligence and gross negligence, against Defendants, James Hatfield and Debrick Truck Line Company, and negligent entrustment against Defendant Debrick Truck Line Company for acts/omissions of arising from a motor vehicle accident that occurred on January 4, 2021 in Dallas County, Texas. |
| James Hatfield | Defendant James Hatfield denies he was negligent in the accident made the basis of this suit.  Further, Defendant denies that his conduct caused the Plaintiffs' injuries, if any. |
| Debrick Truck Line Company | Defendant Debrick Truck Line Company denies it was negligent in the accident made the basis of this suit. Further, Defendant denies that its conduct caused the Plaintiffs' injuries, if any. |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

David Sargent on behalf of Gerardo Alcantara
Bar No. 24109569
david.sargent@sargentlawtx.com
Envelope ID: 51939347
Status as of 3/30/2021 9:59 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Samantha Hanks | | samantha.hanks@witheritelaw.com | 3/29/2021 4:21:26 PM | SENT |
| Lauren Jobin | | lauren.jobin@witheritelaw.com | 3/29/2021 4:21:26 PM | SENT |
| Gerardo Alcantara | | jerry.alcantara@sargentlawtx.com | 3/29/2021 4:21:26 PM | SENT |
| Elsa Killebrew | | elsa.killebrew@sargentlawtx.com | 3/29/2021 4:21:26 PM | SENT |
| Debbie Yeager | | debbie.yeager@sargentlawtx.com | 3/29/2021 4:21:26 PM | SENT |

Associated Case Party: JAMES HATFIELD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Sargent | | david.sargent@sargentlawtx.com | 3/29/2021 4:21:26 PM | SENT |

Associated Case Party: DEBRICK TRUCK LINE COMPANY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Sargent | | david.sargent@sargentlawtx.com | 3/29/2021 4:21:26 PM | SENT |

# EXHIBIT 2e

**United States District Court**

Northern District of Texas

Karen Mitchell                                                      Dallas Division
Clerk of Court

6/10/2022

George Allen Court
191st Judicial District Court
600 Commerce St #691
Dallas, TX 75202

RE:  3:21-cv-00719-S

        Style: Spell v. Hatfield et al

Dear Clerk:

        Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned
case back to the                    191st Judicial District Court                    .  DC-21-03279
along with a copy of the docket sheet.

        If you have any questions regarding this matter, I may be reached at 214-753-2197 .

                                                        Sincerely,
                                                        Karen Mitchell, Clerk

                                                        By: s/N. Taylor
                                                             Deputy Clerk

Enclosure   Letter, order and docket sheet

cc:      Counsel of Record
         Case file (public entry)

# EXHIBIT 2f

ADR,CLOSED,HORAN,JURY

## U.S. District Court
### Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:21-cv-00719-S
### Internal Use Only

Spell v. Hatfield et al
Assigned to: Judge Karen Gren Scholer
Case in other court: 191st Judicial District Court, DC-21-03279
Cause: 28:1332 Diversity-Notice of Removal

Date Filed: 03/29/2021
Date Terminated: 06/10/2022
Jury Demand: Defendant
Nature of Suit: 350 Torts/Pers Inj: Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**Leeann Spell**                          represented by   **Lauren Victoria Jobin**
Witherite Law Group PLLC
10440 N Central Expressway, Suite 400
Dallas, TX 75231
214-378-6665
Fax: 214-378-6670
Email: Lauren.Jobin@witheritelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Adam Flood**
Witherite Law Group PLLC
10440 N Central Expressway, Suite 400
Dallas, TX 75231-2228
214-378-6665
Fax: 214-378-6670
*Bar Status: Not Admitted*

**Brennan Edward Clay**
Witherite Law Group PLLC
10440 N Central Expressway, Suite 400
Dallas, TX 75231
214-378-6665
Fax: 214-935-2738
Email: brennan.clay@witheritelaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Shelly Greco**
Witherite Law Group PLLC
10440 N Central Expressway, Suite 400
Dallas, TX 75231

214-378-6665
Fax: 214-378-6670
Email: shelly.greco@witheritelaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**James Hatfield**                          represented by **David L Sargent**
Sargent Law PC
1717 Main Street, Suite 4750
Dallas, TX 75201
214-749-6515
Fax: 214-749-6316
Email: david.sargent@sargentlawtx.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Gerardo E. Alcantara**
Sargent Law PC
1717 Main Street, Suite 4750
Dallas, TX 75201
214-749-6538
Fax: 214-749-6338
Email: jerry.alcantara@sargentlawtx.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Debrick Truck Line Company**             represented by **David L Sargent**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Gerardo E. Alcantara**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Bowman Sales and Equipment Inc**
*TERMINATED: 08/23/2021*

**Defendant**

**DK Chapman Transport LLC**

**Mediator**

**ADR Provider**                              represented by **Michael S Carnahan**
Carnahan & Carnahan PC
1190 N Carroll Avenue
Southlake, TX 76092
817-552-2800
Email: mcarnahan@carnahanthomas.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Mark W Gilbert**
Gilbert Mediation Group
12001 N Central Expressway, Suite 650
Dallas, TX 75243
214-303-4500
Fax: 214-303-4501
Email: mgilbert@gmgtexas.com
*TERMINATED: 12/11/2021*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2021 | 1 | NOTICE OF REMOVAL WITH JURY DEMAND filed by James Hatfield, Debrick Truck Line Company. (Filing fee $402; receipt number 0539-11743235) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) Index of Matters Being Filed, # 2 Exhibit(s) Index of State Court File, # 3 Exhibit(s) Defs' Certificate of Interested Persons, # 4 Exhibit(s) Debrick Truck Line Co.'s Disclosure Statement, # 5 Cover Sheet Civil Cover Sheet (FED), # 6 Cover Sheet Supplement Supplemental Federal Civil Cover Sheet) (Sargent, David) (Entered: 03/29/2021) |
| 03/29/2021 | 2 | NOTICE of *Filing of Removal* filed by Debrick Truck Line Company, James Hatfield (Sargent, David) (Entered: 03/29/2021) |
| 03/29/2021 | 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (ykp) (Entered: 03/30/2021) |
| 04/13/2021 | 4 | ANSWER to Complaint (Notice of Removal) with Jury Demand filed by Debrick Truck Line Company, James Hatfield (Sargent, David) (Entered: 04/13/2021) |

| 04/13/2021 | 5 | DEMAND for Trial by Jury by Debrick Truck Line Company, James Hatfield. (Sargent, David) (Entered: 04/13/2021) |
|---|---|---|
| 04/28/2021 | 6 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Leeann Spell. (Jobin, Lauren) (Entered: 04/28/2021) |
| 04/28/2021 | 7 | NOTICE of Submission of Rule 26 Initial Disclosures by Leeann Spell. (Jobin, Lauren) Modified event text on 4/29/2021 (jmg). (Entered: 04/28/2021) |
| 06/24/2021 | 8 | ORDER SETTING INITIAL HEARING: FRCP 16 Scheduling Conference set for 7/1/2021 03:00 PM before Judge Karen Gren Scholer. (Ordered by Judge Karen Gren Scholer on 6/24/2021) (jmg) (Entered: 06/24/2021) |
| 07/01/2021 | 9 | NOTICE of *Serving Rule 26(a)(1) Disclosures* filed by Debrick Truck Line Company, James Hatfield (Sargent, David) (Entered: 07/01/2021) |
| 07/01/2021 | 10 | ELECTRONIC ORDER: The Court RESETS the July 1, 2021 Initial Hearing to **July 30, 2021, at 10:00 a.m. CST**. This hearing will be conducted in person. (Ordered by Judge Karen Gren Scholer on 7/1/2021) (chmb) (Entered: 07/01/2021) |
| 07/26/2021 | 11 | ELECTRONIC ORDER: The Court RESETS the July 30, 2021 Initial Hearing to **August 2, 2021, at 1:30 p.m. CST**. This hearing will be conducted in person. (Ordered by Judge Karen Gren Scholer on 7/26/2021) (chmb) (Entered: 07/26/2021) |
| 08/02/2021 | 12 | ELECTRONIC ORDER: The August 2, 2021 Initial Hearing is CANCELLED and will be reset by separate order. (Ordered by Judge Karen Gren Scholer on 8/2/2021) (chmb) (Entered: 08/02/2021) |
| 08/13/2021 | 13 | ORDER SETTING INITIAL HEARING: FRCP 16 Scheduling Conference set for 8/23/2021 01:30 PM before Judge Karen Gren Scholer. This hearing will be conducted telephonically, with remote connection details to be provided via email in advance of the hearing. (Ordered by Judge Karen Gren Scholer on 8/13/2021) (ygl) (Entered: 08/13/2021) |
| 08/23/2021 | 14 | NOTICE of *Serving Discovery* filed by James Hatfield (Sargent, David) (Entered: 08/23/2021) |
| 08/23/2021 | 15 | ELECTRONIC Minute Entry for proceedings held before Judge Karen Gren Scholer: Telephonic Scheduling Conference held on 8/23/2021. Attorney Appearances: Plaintiff - Lauren Jobin; Defense - Gerardo Alcantara. (Court Reporter: Tutti Bui) (No exhibits) Time in Court - :11. (TUB) (Entered: 08/23/2021) |
| 08/23/2021 | 16 | ELECTRONIC ORDER: At the FRCP 16 Scheduling Conference, held on August 23, 2021, Plaintiff orally moved for leave to amend her Complaint, and the Court granted the Motion. Accordingly, Plaintiff shall file an amended Complaint by September 6, 2021. (Ordered by Judge Karen Gren Scholer on 8/23/2021) (chmb) (Entered: 08/23/2021) |

| 08/23/2021 | 17 | MEDIATION ORDER. The court appoints Mark W Gilbert as mediator. The parties are to complete mediation 90 days before trial. Alternative Dispute Resolution Summary form provided electronically or by US Mail as appropriate. (Ordered by Judge Karen Gren Scholer on 8/23/2021) (mjr) (Entered: 08/24/2021) |
|---|---|---|
| 08/23/2021 | 18 | ORDER: The Court DISMISSES Plaintiff's claims against Defendant Bowman Sales and Equipment Inc. without prejudice under Rule 4(m). (Ordered by Judge Karen Gren Scholer on 8/23/2021) (mjr) (Entered: 08/24/2021) |
| 08/25/2021 | 19 | SCHEDULING ORDER: This case is set for jury trial on the Court's three-week docket beginning 9/12/2022 before Judge Karen Gren Scholer. Joinder of Parties due by 11/12/2021. Amended Pleadings due by 5/13/2022. Motions due by 5/13/2022. Discovery due by 8/12/2022. Pretrial Conference set for 9/1/2022 01:30 PM before Judge Karen Gren Scholer. (Ordered by Judge Karen Gren Scholer on 8/25/2021) (ndt) (Entered: 08/25/2021) |
| 09/03/2021 | 20 | AMENDED COMPLAINT against Leeann Spell filed by Leeann Spell. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Jobin, Lauren) (Entered: 09/03/2021) |
| 09/13/2021 | 21 | ANSWER to Complaint filed by Debrick Truck Line Company, James Hatfield. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Sargent, David) (Entered: 09/13/2021) |
| 12/10/2021 | 22 | Joint MOTION for Leave TO SUBSTITUTE MICHAEL CARNAHAN AS MEDIATOR filed by Leeann Spell (Attachments: # 1 Proposed Order GRANTING JOINT MOTION FOR LEAVE TO SUBSTITUTE MICHAEL CARNAHAN AS MEDIATOR) (Jobin, Lauren) Modified docket text on 12/13/2021 (oyh). (Entered: 12/10/2021) |
| 12/11/2021 | 23 | ELECTRONIC ORDER: The Court **GRANTS** the 22 Joint Motion to Substitute Michael Carnahan as Mediator. Michael Carnahan is hereby appointed Mediator in this case, in place of Mark Gilbert. (Ordered by Judge Karen Gren Scholer on 12/11/2021) (chmb) (Entered: 12/11/2021) |
| 01/25/2022 | 24 | MOTION to Strike *Plaintiff's Affidavits Under Section 18.001* filed by Debrick Truck Line Company (Attachments: # 1 Proposed Order) (Sargent, David) (Entered: 01/25/2022) |
| 02/09/2022 | 25 | NOTICE of *Serving Rule 26(A)(2) Disclosure of Expert Testimony* filed by Debrick Truck Line Company, James Hatfield (Sargent, David) (Entered: 02/09/2022) |
| 02/14/2022 | 26 | NOTICE of Attorney Appearance by Brennan Edward Clay on behalf of Leeann Spell. (Filer confirms contact info in ECF is current.) (Clay, Brennan) (Entered: 02/14/2022) |

Case 3:22-cv-01629-S   Document 1-2   Filed 07/27/22   Page 68 of 71   PageID 80

| 02/14/2022 | 27 | RESPONSE filed by Leeann Spell re: 24 MOTION to Strike *Plaintiff's Affidavits Under Section 18.001* (Attachments: # 1 Proposed Order) (Clay, Brennan) (Entered: 02/14/2022) |
| 02/28/2022 | 28 | REPLY filed by Debrick Truck Line Company re: 24 MOTION to Strike *Plaintiff's Affidavits Under Section 18.001* (Sargent, David) (Entered: 02/28/2022) |
| 02/28/2022 | 29 | ADDITIONAL ATTACHMENTS to 28 Reply by Defendant Debrick Truck Line Company. (Sargent, David) (Entered: 02/28/2022) |
| 04/11/2022 | 30 | NOTICE of *Expert Disclosure* filed by Leeann Spell. (Clay, Brennan) Modified event on 4/13/2022 (mla). (Entered: 04/11/2022) |
| 05/05/2022 | 31 | MOTION to Quash filed by Leeann Spell with Brief/Memorandum in Support. (Clay, Brennan) (Entered: 05/05/2022) |
| 05/06/2022 | 32 | ELECTRONIC ORDER: The Court sets 31 Plaintiff's Motion to Quash Defendants' Notices of Intention to Take Depositions by Written Questions and Subpoenas, Motion for Protective Order, on an expedited briefing schedule. Defendants shall file their response by **May 12, 2022**. The Court sets the motion for hearing on **May 16, 2022 at 11:30 am**, to occur **in person**. (Ordered by Judge Karen Gren Scholer on 5/6/2022) (chmb) (Entered: 05/06/2022) |
| 05/06/2022 | 33 | NOTICE of *Deposition of Plaintiff LeeAnn Spell* filed by Debrick Truck Line Company (Sargent, David) (Entered: 05/06/2022) |
| 05/12/2022 | 34 | RESPONSE filed by Debrick Truck Line Company, James Hatfield re: 31 MOTION to Quash (Sargent, David) (Entered: 05/12/2022) |
| 05/13/2022 | 35 | MOTION for Leave to File Amended Complaint and Add New Party filed by Leeann Spell (Clay, Brennan) (Entered: 05/13/2022) |
| 05/13/2022 | 36 | MOTION for Partial Summary Judgment *For Negligent Entrustment and Direct Negligence Claims* filed by Debrick Truck Line Company, James Hatfield (Sargent, David) (Entered: 05/13/2022) |
| 05/13/2022 | 37 | NOTICE of Attorney Appearance by Brennan Edward Clay for Adam Flood on behalf of Leeann Spell. (Clay, Brennan) (Entered: 05/13/2022) |
| 05/16/2022 | 38 | ELECTRONIC Minute Entry for proceedings held before Judge Karen Gren Scholer: Motion Hearing held on 5/16/2022 re 31 Motion to Quash filed by Leeann Spell. re: 31 MOTION to Quash Attorney Appearances: Plaintiff - Adam Flood; Defense - N/A. (Court Reporter: Tutti Bui) (No exhibits) Time in Court - :07. (TUB) (Entered: 05/16/2022) |
| 05/16/2022 | 39 | ELECTRONIC ORDER: For the reasons stated on the record during the May 16, 2022 hearing, 35 Plaintiffs Unopposed Motion for Leave to File Amended Complaint and Join Additional Party is **GRANTED**. The Court instructs the clerk to receive and file Plaintiffs Second Amended Complaint. See ECF No. 35, Ex. A. (Ordered by Judge Karen Gren Scholer on 5/16/2022) (chmb) (Entered: 05/16/2022) |
| 05/16/2022 | 🔒 40 | Notice of Filing of Official Electronic Transcript of Motion Hearing Proceedings held on 5/16/2022 before Judge Karen Gren Scholer. Court Reporter/Transcriber Thu "Tutti" Bui, Telephone number (214) 753-2354. Parties are notified of their |

| | | |
|---|---|---|
| | | duty to review the transcript. A copy may be purchased from the court reporter or viewed at the clerk's office. If the transcript contains personal identifiers that must be redacted under MO 61, Fed.R.Civ.P. 5.2 or Fed.R.Crim.P. 49.1, or if the transcript contains the name of a minor child victim or a minor child witness that must be redacted under 18 U.S.C. § 3509, file a Redaction Request - Transcript within 21 days. If no action is taken, the entire transcript will be made available through PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. (4 pages) Redaction Request due 6/6/2022. Redacted Transcript Deadline set for 6/16/2022. Release of Transcript Restriction set for 8/15/2022. (TUB) (Entered: 05/16/2022) |
| 05/16/2022 | 41 | SECOND AMENDED COMPLAINT WITH JURY DEMAND against Debrick Truck Line Company, James Hatfield, DK Chapman Transport LLC filed by Leeann Spell. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (oyh) (Entered: 05/17/2022) |
| 05/17/2022 | 42 | ORDER: No later than 10 days from the date of this Order, Plaintiff must file an amended complaint that alleges diversity of citizenship, in conformity with 28 U.S.C. § 1332; otherwise, this action will be remanded to state court. (Ordered by Judge Karen Gren Scholer on 5/17/2022) (ygl) (Entered: 05/17/2022) |
| 05/27/2022 | 43 | AMENDED COMPLAINT WITH JURY DEMAND against Leeann Spell filed by Leeann Spell. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Clay, Brennan) (Entered: 05/27/2022) |
| 06/01/2022 | 44 | RESPONSE filed by Leeann Spell re: 36 MOTION for Partial Summary Judgment *For Negligent Entrustment and Direct Negligence Claims* (Attachments: # 1 Proposed Order) (Clay, Brennan) (Entered: 06/01/2022) |
| 06/10/2022 | 45 | Order: On May 27, 2022, Plaintiff filed a Third Amended Complaint [ECF No. 43 ]. Plaintiff, again, failed to comply with the Court's Order and further alleged that "[t]he addition of Defendant D.K. Chapman Transport, LLC means that there is no longer complete diversity of citizenship with respect to the parties in this case." See ECF No. 43 at 2. The Court further notes that Defendants are unopposed to Plaintiffs Motion for Leave to File Amended Complaint and Join Additional Party. See ECF No. 39 . Because this Court does not have subject-matter jurisdiction, the case is REMANDED to the 191st Judicial District Court of Dallas County, Texas. (Ordered by Judge Karen Gren Scholer on 6/10/2022) (Attachments: # 1 Additional Page(s) Remand Letter) (ndt) (Entered: 06/10/2022) |
| 06/10/2022 | 🔒 | (Court only) Clerk's Notice of Mailing: Document number 45 mailed to 191st Judicial District Court on 6/10/2022. (ndt) (Entered: 06/10/2022) |

# EXHIBIT 2g

IN THE DISTRICT COURT
OF DALLAS COUNTY
191st DISTRICT COURT

6/22/2022

DAVID LYNN SARGENT
SARGENT LAW PC
1717 MAIN ST
STE 4750
DALLAS TX  75201

In Re:  DC-21-03279
**LEEANN SPELL  vs.  JAMES HATFIELD, et al**

**ALL COUNSEL OF RECORD**:

      Please take note of the following settings:

     Jury Trial:            **09/26/2022@ 9:30 a.m.**

Trial announcements must be made in accordance with Rule 3.02, Dallas Civil Court Rules.

**If not reached as set, the case may be carried to the next week.**

***<u>When no announcement is made for Plaintiff, the case will be Dismissed for Want of Prosecution.</u>***

Except as provided by Court Order, completion of discovery, presentation of pretrial motions and other matters relating to preparation for trial are governed by the New Dallas Civil Court Rules, and the Texas Rules of Civil Procedure.

Please forward a copy of this notice to counsel of record for each party and all pro se parties by a method approved in Texas Rule of Civil Procedure 21a.

Please check on-line for any update.

                         Sincerely,

                         Gena N. Slaughter, District Judge
                         191st Judicial District Court.

CC:  Counsel of Record/Pro Se Parties
Review your case information at http://courts.dallascounty.org/
Attorneys update your information at: http://www.dallascounty.org/department/districtclerk/atty-add-form-html

George Allen Sr. Courts Building,  600 Commerce Street,Room 740, Dallas,  Texas  75202. (214) 653-7117

(Located in the New Tower, 7th Floor).