# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **LEANN SPELL**<br>*Plaintiff,*<br><br>v.<br><br>**JAMES HATFIELD, AND DEBRICK TRUCK LINE COMPANY**<br><br>*Defendants.* | CIVIL ACTION NO. 3:22-CV-1629-S |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**BE IT REMEMBERED,** that on this day came to be considered the above cause, and Plaintiff Leann Spell, by and through her attorney, and Defendants James Hatfield and Debrick Truck Line Company, by and through their attorneys, request that all causes of action held by Leann Spell against any and all Defendants in this case, be dismissed with prejudice to the refiling of same or any part thereof. The Court, having considered the matter, is of the opinion that same should in all things by **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all causes of action held by Leann Spell against any and all Defendants are dismissed with prejudice to the refiling of same or any part thereof.

**IT IS FURTHER ORDERED** that taxable court costs herein incurred shall be taxed against the party incurring the same.

All relief not herein specifically granted is expressly denied.

SO ORDERED.

SIGNED August 11, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

**AGREED AS TO FORM & ENTRY:**

**WITHERITE LAW GROUP, PLLC**

By: *Brennan Clay*
**BRENNAN CLAY**
State Bar No. 24105609
brennan.clay@witheritelaw.com
10440 N. Central Expressway, Suite 400
Dallas, TX 75231-2228
(214) 378-6665 - Telephone
(214) 378-6670 - Facsimile
**ATTORNEY FOR PLAINTIFF**

~AND~

**SARGENT LAW, P.C.**

By: */s/ Ross C. Miracle*
**DAVID L. SARGENT**
State Bar No. 17648700
david.sargent@sargentlawtx.com
**ROSS C. MIRACLE**
State Bar No. 24070283
ross.miracle@sargentlawtx.com
1717 Main Street, Suite 4750
Dallas, Texas 75201
(214) 749-6000 - Telephone
(214) 749-6100 - Facsimile
**ATTORNEYS FOR DEFENDANTS**